CARMEN SANCHEZ, Respondent, v. HENRY SANCHEZ, Appellant.— Judgment

---

* See Penal Law, § 2040, added by Laws of 1920, chap. 131, as amd. by Laws of 1920, chap. 951.— [REP.

unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.